Entered: August 18, 2011    Case 11-25376    Doc 48    Filed 08/18/11    Page 1 of 1

Date signed August 17, 2011



```
                                              PAUL MANNES
            UNITED STATES BANKRU    U. S. BANKRUPTCY JUDGE
                       DISTRICT OF MARYLAND
                         (Greenbelt Division)
```

_____

In re:                              *
                                    *
WILLIAM A. TACCINO                  *       Ch. 7 Case No. 11-25376-PM
                                    *
                    Debtor          *
_____ *

**MEMORANDUM REGARDING
DEBTOR'S MOTION/REQUEST FOR MEETING OF CREDITORS
TO BE HELD IN HAGERSTOWN, OR CLOSER TO CUMBERLAND**

The Debtor is advised that alternative arrangements regarding the meeting of creditors should be pursued through the Office of the United States Trustee, 6306 Ivy Lane, Greenbelt MD 20770, Tel 301-344-6216.

Cc:    William Anthony Taccino, Debtor

       Steven H. Greenfeld, Chapter 7 Trustee