Date signed February 06, 2012



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

_____
In re:                              *
                                    *
WILLIAM A. TACCINO                  *     Ch. 7 Case No. 11-25376-PM
                                    *
            Debtor                  *
_____    *

## MEMORANDUM REGARDING
## DEBTOR'S MOTION/REQUEST FOR INVESTIGATION
## OF APPARENT FRAUD BY CREDITOR

The court is in receipt of Debtor's Motion/Request For Investigation of Apparent Fraud By Creditor. Debtor is advised that the court has no authority to conduct the requested investigation. The court suggests that Debtor address his inquiry to the Office of the United States Trustee, 6306 Ivy Lane, Greenbelt MD 20770, Tel. 301-344-6216, and/or the Office of the United States Attorney for the Northern District of West Virginia, U.S. Courthouse & Federal Building, Suite 3000, 1125 Chapline Street, Wheeling WV 26003, Tel. 304-234-0100.

Cc:   Debtor

      Steven H. Greenfeld, Chapter 7 Trustee

      United States Trustee

**END OF MEMORANDUM**